IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

**SAMUEL C. HIMBRICK**
**LILLIAN C. HIMBRICK,**

**CHAPTER 7**

**DEBTORS.**

**CASE NO. 18-10700**

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 7 Bankruptcy Proceedings as Counsel for BANK OF AMERICA, N.A., and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: /s/Randa S Azzam
 Randa S. Azzam, Esquire, Bar No. 22474
 Kimberly L. Britt, Esquire, Bar No. 18513
 John E. Driscoll, Esquire, Bar No. 17161
 Michael T. Freeman, Esquire, Bar No. 19131
 Daniel J. Pesachowitz, Esquire, Bar No. 14906
 Samuel I. White, P.C.
 611 Rockville Pike
 Suite 100
 Rockville, MD 20852
 Tel: (301) 804-3400
 Fax: (301) 838-1954
 RAzzam@siwpc.com

CERTIFICATE OF SERVICE

I certify that on January 22, 2018, the foregoing Notice was served via CM/ECF on Merrill Cohen, Trustee, and Anitra Ash-Shakoor, Counsel for Debtors, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Samuel C. Himbrick, and Lillian C. Himbrick, Debtors, 915 Hilldropt Court, Capitol Heights, MD 20743.

**/s/Randa S Azzam**
 Randa S. Azzam, Esquire
 Samuel I. White, P. C.

File No. 60106